UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON KLEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE AND ENGINEERING, INC., CHARLES P. DOUGHERTY, HAMILTON W. HELMER, DON R. KANIA, JOHN SANDERS, ROBERT N. SHADDOCK, MARK S. THOMPSON, and JENNIFER VOGEL,<br><br>Defendants. | Case No. 16-11542<br><br>CLASS ACTION COMPLAINT |

**STIPULATION AND [PROPOSED] ORDER WAIVING SERVICE OF COMPLAINT AND SETTING DEADLINE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT**

WHEREAS, on July 26, 2016, plaintiff Sharon Klein ("Plaintiff") initiated the above-captioned action by filing a complaint (the "Complaint") against defendants Charles P. Dougherty, Hamilton W. Helmer, Don R. Kania, John Sanders, Robert N. Shaddock, Mark S. Thompson, Jennifer Vogel, and American Science and Engineering, Inc. ("Defendants");

WHEREAS, on or about August 1, 2016, Defendants agreed to accept service through their counsel and Plaintiff served Defendants;

WHEREAS, the parties have entered into a memorandum of understanding with respect to a resolution of this action and are currently negotiating and drafting settlement documents;

NOW THEREFORE, Plaintiff and Defendants (the "Parties"), subject to approval of the Court, hereby stipulate and agree as follows:

1. Defendants have agreed to accept service of the summons and the Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure; and

2. No Defendant shall be obligated to answer or otherwise respond to the Complaint until January 31, 2017.

| | |
|---|---|
| **MATORIN LAW OFFICE, LLC** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| */s/* Mitchell J. Matorin<br>Mitchell J. Matorin (#649304)<br>18 Grove Street, Suite 5<br>Wellesley, MA 02482<br>(781) 453-0100<br><br>*Counsel for Plaintiff Sharon Klein*<br><br>**OF COUNSEL**<br>**LEVI & KORSINSKY LLP**<br><br>Joseph Levi<br>Michael H. Rosner<br>William J. Fields<br>30 Broad Street, 24th Floor<br>New York, NY 10004<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br><br>*Counsel for Plaintiff Sharon Klein* | */s/* Daniel W. Halston<br>Daniel W. Halston (#548692)<br>Eric D. Wolkoff (#679566)<br>Yavor L. Nechev (#691880)<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br><br>*Counsel for Defendants American Science and Engineering, Inc., Charles P. Dougherty, Hamilton W. Helmer, Don R. Kania, John Sanders, Robert N. Shaddock, Mark S. Thompson, and Jennifer Vogel* |

**IT IS SO ORDERED** this ___ day of December, 2016.

_____
Hon. Richard G. Stearns