UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARON KLEIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMERICAN SCIENCE AND ENGINEERING, INC., CHARLES P. DOUGHERTY, HAMILTON W. HELMER, DON R. KANIA, JOHN SANDERS, ROBERT N. SHADDOCK, MARK S. THOMPSON, and JENNIFER VOGEL,

Defendants.

Case No. 16-11542

CLASS ACTION COMPLAINT

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, on July 26, 2016, Plaintiff initiated the above-captioned action (the "Action") by filing a complaint (the "Complaint") against defendants Charles P. Dougherty, Hamilton W. Helmer, Don R. Kania, John Sanders, Robert N. Shaddock, Mark S. Thompson, Jennifer Vogel, and American Science and Engineering, Inc. ("AS&E") (collectively, the "Defendants");

WHEREAS, no class of AS&E shareholders has been certified, and thus, the dismissal of this Action will not prejudice the interests of other AS&E shareholders;

WHEREAS, no defendant in this Action has answered the Complaint or filed for summary judgment.

NOW, THEREFORE, Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sharon Klein ("Plaintiff") hereby voluntarily dismisses this Action with prejudice. Federal Rule of Civil Procedure 41 allows plaintiffs to voluntarily dismiss an action without court order, subject to Rule 23(e) and any applicable federal statute, by notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal without Court order is appropriate here because there is not a certified class under Rule 23, and Defendants have not filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 23(e).

ACCORDINGLY, Plaintiff states as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action;

2. The Action shall be dismissed with prejudice as to Plaintiff only; and

3. Each party shall be responsible for their own costs and fees associated with the Action.

Dated: January 26, 2017

**MATORIN LAW OFFICE, LLC**

/s/ Mitchell J. Matorin
Mitchell J. Matorin (#649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100

Counsel for Plaintiff Sharon Klein

OF COUNSEL
LEVI & KORSINSKY LLP

Joseph Levi
Michael H. Rosner

2

William J. Fields
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Counsel for Plaintiff Sharon Klein